# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Carol M. Gaetano, individually and as Special Administrator of the Estate of Anthony Albert Gaetano, | ) ) ) ) | Case No. 4:15-cv-03361-RBH |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **UNOPPOSED MOTION OF DEFENDANT FOR ORDER ENLARGING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |
| National Union Fire Insurance Company of Pittsburgh, PA, | ) ) ) | |
| Defendant. | ) ) | |

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant"), by and through its undersigned counsel hereby respectfully moves the Court for an order pursuant to Local Rule 6.01 for an Order to enlarge Defendant's deadline to file and serve its Answer or response to the Complaint in this action. Defendant was served through its registered agent with the state court summons and complaint on or about July 31, 2015, and Defendant timely removed the case to this Court on August 24, 2015, and pursuant to local rule 81(c)(2)(C) the Defendant's deadline to file and serve its Answer or other responsive pleading is August 31, 2015. Undersigned counsel for Defendant seeks a fifteen (15) day enlargement of the August 31 response deadline, as to make the new deadline September 15, 2015. Counsel has conferred with counsel for Plaintiff, who consents to the granting of such enlargement. The declaration of Defendant's counsel is offered in further support of this unopposed motion.

(SIGNATURE ON FOLLOWING PAGE)

          Respectfully submitted,

          COLLINS & LACY, P.C.

By:    s/ R. Scott Wallinger, Jr.
        R. Scott Wallinger, Jr., Esquire
        Fed. ID#: 78434
        swallinger@collinsandlacy.com
        Logan M. Wells, Esquire
        Fed. ID#: 78434
        lwells@collinsandlacy.com
        Post Office Box 12487
        Columbia, SC  29211
        803.256.2660

        ATTORNEYS FOR NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA

August 27, 2015

Columbia, South Carolina

2