# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Carol M. Gaetano, Individually and as Special Administrator of the Estate of Anthony Albert Gaetano,<br><br>                    Plaintiff,<br><br>    vs.<br><br>National Union Fire Insurance Company of Pittsburgh, PA.,<br><br>                    Defendant. | CASE NO.: 4:15-cv-03361-RBH |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

                                        s/R.Bryan Harwell
                                        R. Bryan Harwell
                                        United States District Judge

Date: October 21, 2015
Florence, South Carolina

**We consent:**

s/ Karl A. Folkens                          s/ R. Scott Wallinger, Jr.
Attorney for Plaintiff                      Attorney for Defendant