# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Carol M. Gaetano, individually and as Special Administrator of the Estate of Anthony Albert Gaetano, )))) | CASE NO.: 4:15-cv-03361-RBH |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. )) | |
| National Union Fire Insurance Company of Pittsburgh, PA, ))) | |
| ) | |
| Defendant. )) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, by and through their undersigned counsel, hereby stipulate to dismissal of this action with prejudice.

We so stipulate:

| | |
|---|---|
| Folkens Law Firm, P.A. | Collins & Lacy, PC |
| | |
| *s/ Karl A. Folkens* | *s/ R. Scott Wallinger, Jr.* |
| Karl A. Folkens, Esquire | R. Scott Wallinger, Jr., Esquire |
| Fed. ID#: 854 | Fed. ID#: 5868 |
| Post Office Box 6139 | swallinger@collinsandlacy.com |
| Florence, SC 29502-6139 | Post Office Box 12487 |
| Counsel for Plaintiff | Columbia, SC 29211 |
| | Counsel for Defendant |

November 16, 2015